IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TIFFANY JUSTICE and TERESA LEVIN, | § § | |
| *Plaintiffs,* | § § | |
| v. | § § | Civil Action No. 3-25-cv-00004-E |
| CARROL JOHNS, INC., | § § § | |
| *Defendant.* | § § | |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO COMPEL
PRODUCTION OF INFORMATION AND DOCUMENTS AND BRIEF IN SUPPORT**

Defendant Carrol Johns, Inc. ("Defendant" or "Flooring Direct") files this Response to the Motion to Compel Production of Information and Documents ("Motion to Compel") [Docs. 21-23] filed by Plaintiffs Tiffany Justice ("Justice") and Teresa Levin ("Levin") (collectively, "Plaintiffs") and Brief in Support and would respectfully show the Court as follows:

## I.    INTRODUCTION

Defendant has produced more than 5,000 pages of documents to Plaintiffs containing the information discussed in the Motion to Compel. It is obvious that Plaintiffs and their counsel have not actually reviewed the documents and are apparently relying on artificial intelligence to do so. However, Defendant has complied with its discovery obligations and has supplemented its responses based on complaints raised by Plaintiffs in the Motion to Compel, including substantively responding to each of Plaintiffs' proper interrogatories. Defendant is not required to marshal all evidence for Plaintiffs, and Defendant is not required to create documents. Further, documents that Plaintiffs hope to discover simply do not exist. Defendant has made a complete production of documents in its possession, custody, or control. For these reasons, the Motion to Compel should be denied.

---

**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO COMPEL,** *et al.*                    **Page 1**

## II.    ARGUMENT & AUTHORITIES

**A.    Defendant has completely and substantively responded to the interrogatories.**

Plaintiffs' alleged deficiencies with Defendant's interrogatories have all been addressed. On May 29, 2026, Defendant served its First Amended Objections and Answers to Plaintiffs' First Set of Interrogatories, which addresses all of the concerns identified in the Motion to Compel. *See* Defendant's First Amended Objections and Answers to Plaintiffs' First Set of Interrogatories (App. 1-12). Plaintiffs' Motion to Compel seeks information that is either objectionable or non-responsive, and Defendants are not required to marshal all their evidence to provide overly burdensome answers to Plaintiffs' poorly written interrogatories. Accordingly, Defendant respectfully requests that the Court deny the Motion to Compel as moot with respect to interrogatories.

**B.    Defendant has made a complete document production.**

In addition to amending the interrogatory answers, Defendant served amended responses to Plaintiffs' Requests for Production on May 29, 2026 to indicate the documents that have been produced. *See* Defendant's First Amended Objections and Responses to Plaintiffs' First Request for Production of Documents (App. 13-26). Plaintiffs admit that they used artificial intelligence to review the documents, and it appears that Plaintiffs and their counsel have not actually reviewed the document production, which contains many documents that Plaintiffs incorrectly claim were not produced. Indeed, Defendant has now produced 5,238 pages of documents in response to Plaintiffs' requests, which contains all responsive, non-objectionable documents in Defendant's possession, custody, or control. In other words, Defendant has either produced all responsive documents, or such documents do not exist. Defendant is not obligated to create documents for Plaintiffs, which is what Plaintiffs seek in the Motion to Compel by claiming that Defendant failed

to produce certain sales and other reports that would require Defendant to create documents. Indeed, Plaintiffs have only produced 258 pages of documents, and Plaintiffs can hardly complain about Defendant's production considering the massive disparity between their document productions. Therefore, the Motion to Compel must be denied.

### III.    CONCLUSION & PRAYER

For these reasons, Defendant respectfully requests that the Court deny the Motion to Compel and grant all other relief deemed just and proper.

Respectfully submitted,


*/s/ Craig A. Bernstein*
Craig A. Bernstein
Texas Bar No. 02219400
Todd Goldberg
Texas Bar No. 24072121
3500 Maple Avenue, Suite 1220
Dallas, Texas 75219
(214) 521-9256 – Telephone
(214) 521-8995 – Facsimile
cbernstein@bernsteinlawdallas.com
tgoldberg@bernsteinlawdallas.com

- and -

Brett Myers
Texas Bar No. 00788101
WICK, PHILLIPS, GOULD & MARTIN, LLP
3131 McKinney Avenue, Suite 500
Dallas, Texas 75204
(214) 740-4026 – Telephone
(214) 692-6255 – Fax
brett.myers@wickphillips.com

**ATTORNEYS FOR DEFENDANT
CARROL JOHNS, INC.**


## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was electronically served upon all counsel of record pursuant to the Federal Rules of Civil Procedure on June 10, 2026.


*/s/ Craig A. Bernstein*
Craig A. Bernstein